UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>             Plaintiff,<br><br>   vs.<br><br>UNITED STATES GOVERNMENT,<br><br>             Defendant. | NO.  CV-10-5107-EFS<br><br>**ORDER DISMISSING LAWSUIT DUE TO FAILURE TO COMPLY WITH COURT ORDER** |

On September 7, 2010, an Order was entered requiring Plaintiff John William Wallace to either file an Application to Proceed In Forma Pauperis or pay a filing fee. (ECF No. 2.) Because Mr. Wallace failed to comply with this Order, **IT IS HEREBY ORDERED**:

    1.   This file shall be **CLOSED.**

    2.   An appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Mr. Wallace.

**DATED** this   10th   day of December 2010.

                                  S/ Edward F. Shea
                                  EDWARD F. SHEA
                       United States District Judge

Q:\Civil\2010\5107.dismiss.ifp.wpd

ORDER - 1